**2005–0200.   State ex rel. WBNS 10 TV, Inc. v. Nau.**
In Mandamus and Prohibition. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**2003–1903.   State v. Cline.**
Champaign App. No. 2002–CA–05, 2003-Ohio-4712. On motion for production of transcripts of oral argument. Motion denied. Appellant may request a video copy of the oral argument at cost.

**2004–0394.   State ex rel. Dispatch Printing Co. v. Johnson.**
In Mandamus. Sua sponte, the court orders this cause to be scheduled for oral argument.

**2004–1169.   Jones v. Goodyear Tire & Rubber Co.**
Summit App. No. 21724, 2004-Ohio-2821. On motion for admission pro hac vice of Laurie A. McCann by Ann–Marie Ahern. Motion granted.

**2004–1492 and 2004–1647.   Estate of Harrold v. Collier.**
Wayne App. No. 03CA0064, 2004-Ohio-4331. On motion for admission pro hac vice of Karen A. Wyle, on behalf of Coalition for the Restoration of Parental Rights, by Robert C. Paxton II. Motion granted.

**2005–0087.   State v. Johnson.**
Lorain App. No. 92CA005526. On motion for leave to file delayed appeal. Motion denied.

**2005–0111.   State v. Fitzgerald.**
Lake App. No. 2003–L–084, 2004-Ohio-6173. On motion for leave to file delayed appeal. Motion granted.

RESNICK and O'CONNOR, JJ., dissent.

**2005–0127.   State v. Tucker.**
Cuyahoga App. No. 83419, 2004-Ohio-5380. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2005–0137.   State v. Cornell.**
Delaware App. No. 04–CA–A–01–006. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2005–0148.   State v. Miles.**
Summit App. No. 22090, 2004-Ohio-5687. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2005–0167.   State v. Campbell.**
Hamilton App. No. C–040181. On motion for leave to file delayed appeal. Motion granted.

RESNICK, O'CONNOR and O'DONNELL, JJ., dissent.

**2005–0235.   Austin v. Webb–Lewis.**
Franklin App. No. 04AP–1135. On motion for stay of trial court proceedings. Motion denied.

**2005–0294.   Krancevic v. McPherson.**
Cuyahoga App. No. 84511, 2004-Ohio-6915. On motion for stay of trial court proceedings. Motion denied.

MOYER, C.J., and LANZINGER, J., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2004–2009.   State v. Nelson.**
Cuyahoga App. No. 84108, 2004-Ohio-5608.

MOYER, C.J., and PFEIFER, J., dissent.